UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

*FILED*
AUG 09 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | (Seven Counts) |
| ) | |
| v. ) | Case No.: 3:23-CR-60 DRL |
| ) | |
| ) | 18 U.S.C. §§ 922(a)(6), 922(g)(4), |
| KOBY ELDRIDGE ) | 924(a)(1)(A) |

## COUNT 1

**THE GRAND JURY CHARGES:**

On or about October 8, 2020, in the Northern District of Indiana,

**KOBY ELDRIDGE,**

defendant herein, in connection with the attempted acquisition of a firearm from ZX Gun store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement and furnished and exhibited a false, fictitious, and misrepresented identification to ZX Gun Store that was intended and likely to deceive ZX Gun Store as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant misrepresented his own identity by providing identification documents of a person with the initials R.M., and he executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473

Firearms Transaction Record in which he falsely stated that he had never been convicted of an offense for which he could have been imprisoned for more than one year and falsely stated his name, address, and identifying information.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2

**THE GRAND JURY FURTHER CHARGES:**

On or about October 8, 2020, in the Northern District of Indiana,

**KOBY ELDRIDGE,**

defendant herein, knowingly made a false statement and representation to ZX Gun Store, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of ZX Gun Store, in that the defendant misrepresented his own identity by providing identification documents of a person with the initials R.M., and he executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record in which he falsely stated that he had never been convicted of an offense for which he could have been imprisoned for more than one year and falsely stated his name, address, and identifying information.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

**THE GRAND JURY FURTHER CHARGES:**

On or about September 9, 2022, in the Northern District of Indiana,

**KOBY ELDRIDGE,**

defendant herein, in connection with the attempted acquisition of a firearm from Worldwide Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Worldwide Pawn Shop that was intended and likely to deceive Worldwide Pawn Shop as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record in which he falsely stated that he had never been convicted of an offense for which he could have been imprisoned for more than one year and falsely stated that he had never been adjudicated as a mental defective or been committed to a mental institution.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 4

**THE GRAND JURY FURTHER CHARGES:**

On or about September 9, 2022, in the Northern District of Indiana,

**KOBY ELDRIDGE,**

defendant herein, knowingly made a false statement and representation to Worldwide Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Worldwide Pawn Shop, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record in which he falsely stated that he had never been convicted of an offense for which he could have been imprisoned for more than one year and falsely stated that he had never been adjudicated as a mental defective or been committed to a mental institution.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

**THE GRAND JURY FURTHER CHARGES:**

On or about February 28, 2023, in the Northern District of Indiana,

**KOBY ELDRIDGE,**

defendant herein, in connection with the attempted acquisition of a firearm from Midwest Gun Exchange, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Midwest Gun Exchange that was intended and likely to deceive Midwest Gun Exchange as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record in which he falsely stated that he had never been adjudicated as a mental defective or been committed to a mental institution.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 6

**THE GRAND JURY FURTHER CHARGES:**

On or about February 28, 2023, in the Northern District of Indiana,

**KOBY ELDRIDGE,**

defendant herein, knowingly made a false statement and representation to Midwest Gun Exchange, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Midwest Gun Exchange, in that the defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record in which he falsely stated that he had never been adjudicated as a mental defective or been committed to a mental institution.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

**THE GRAND JURY FURTHER CHARGES:**

On or about May 17, 2023, in the Northern District of Indiana,

**KOBY ELDRIDGE,**

defendant herein, knowing that he had previously been adjudicated as a mental defective and had been committed to a mental institution, did knowingly possess a firearm, and the firearm was in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(4).

## FORFEITURE ALLEGATIONS

1.  The allegations contained in Count 7 of the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction an offense in violation of Title 18, United States Code, Section 922(g)(4) alleged in Count 7 of the Indictment, the defendant, **KOBY ELDRIDGE**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

Dated: August 9, 2023

A TRUE BILL:

s/Grand Jury Foreperson
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  s/ Joel R. Gabrielse
Joel R. Gabrielse
Assistant United States Attorney